UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  NATIONAL MEDICAL IMAGING, LLC,  : | Chapter 7 |
| Debtor                                                : | Case No. 08-17351JKF |
| In re:  NATIONAL MEDICAL IMAGING    : | |
| HOLDING COMPANY, LLC,                   : | Chapter 7 |
| Debtor                                                : | Case No. 08-17348JKF |

-------------------------------------------------

| | |
|---|---|
| NATIONAL MEDICAL IMAGING, LLC,     : | Adv. No. 14-0250 |
| and NATIONALMEDICAL IMAGING         : | Adv. No. 14-0251 |
| HOLDING COMPANY, LLC,                        : | |
| Plaintiffs                                     : | |
| v.                                                         : | |
| U.S. BANK, N.A., et al.                           : | |
| Defendants                                : | |

# **ORDER**

AND NOW, this 30 day of June, 2017, upon my consideration of Defendants' Motions To Dismiss the amended complaints in the above adversary proceedings, and for the reasons explained in more detail in the accompanying Memorandum Opinion of even date herewith,

IT IS HEREBY ORDERED that Defendants' Motions To Dismiss the amended complaints are DENIED.

1

IT IS FURTHER ORDERED that Defendants shall file answers to the amended complaints on or before July 28, 2017.

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge